Order issued November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-1419-CV

## IN RE L. WAYNE TUCKER, ELIZABETH GEORGE, AND THE F&M BANK AND TRUST COMPANY, Relators

### Original Proceeding from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-06036

# ORDER
Before Justices Moseley, FitzGerald, and Myers

We **GRANT** real party in interest's November 5, 2012 unopposed first request for extension of time to file a response and **ORDER** real parties in interest to file their response by November 12, 2012. The stay issued by this Court on October 23, 2012 remains in effect.

_____
JIM MOSELEY
PRESIDING JUSTICE